UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BAY STATE HERITAGE LLC <br> D/B/A GREENDALE FURNITURE <br><br> Plaintiff, <br> V. <br><br> AMGUARD INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§§ 1332, 1441 and 1446, defendant AmGuard Insurance Company ("AmGuard"), hereby removes the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Worcester County, filed as Civil Action No. 2185CV00719 to the United States Court for the District of Massachusetts (Worcester).

In support of this Notice of Removal, AmGuard states as follows:

1. This is a civil action in which the plaintiff is alleging breach of contract involving an insurance claim against the defendant, AmGuard Insurance Company.

2. Plaintiff served a first amended complaint, pending in Worcester County, Civil Action No. 2185CV00719, on AmGuard on or about June 29, 2021. (Exhibit "A," Worcester First Amended Complaint").

3. This action is removable under 28 U.S.C. §1441(a), which provides in pertinent part, "...any civil action brought in a State Court of which the District Courts of the United States have original jurisdiction, may be removed....".

4. Plaintiff states at paragraph 25 that its damages are $452,917.21, therefore exceeding the threshold requirement for removal of $75,000.

5. Plaintiff alleges in its complaint that it is a Massachusetts domestic limited liability company with a principal place of doing business at 25 Watertower Place a/k/a Unit 1 at Watertower Plaza, City of Leominster, County of Worcester, Massachusetts.

6. AmGuard is a foreign insurance company with usual place of business in Wilkes-Barre, Pennsylvania.  It is authorized to do business in Massachusetts.  Consequently, as this Court has jurisdiction over this case on diversity grounds pursuant to 28 U.S. Code §1332 (a) and (c).

7. The United States District Court for the District of Massachusetts has proper subject matter jurisdiction and venue over this action pursuant to 28 U.S. Code §1441 (a).

2

8. The time for removal of this action has not expired, as AmGuard was served with the amended complaint on or about June 29, 2021.

9. A copy of this notice of removal is being sent to plaintiff counsel (Exhibit "B," Notice of Removal).

10. A civil cover sheet and corporate disclosure have been filed herewith.

11. In accordance Local Rule 81.1 (a) of the United States District Court for the District of Massachusetts, within (28) days after filing of the Notice of Removal, AmGuard will file or cause to be filed with the Clerk of this Court certified or attested copies of the state court record. (Exhibit "C," Notice of Removal to the Worcester Superior Court).

For these reasons, AmGuard requests that said action currently pending in the Hampden Superior Court be removed to the United States District Court for the District of Massachusetts.

Dated: July 1, 2021

AMGUARD INSURANCE COMPANY,
By its attorney,

/s/ David M. O'Connor
_____
David M. O'Connor
BBO No. 544166
O'CONNOR & ASSOCIATES, LLC
325 Boston Post Road
Sudbury, MA  01776
(978) 443-3510
doconnor@oconnorllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2021, I served this notice by U.S. mail and e-mail. I also caused the foregoing to be electronically filed via CM/ECF to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s David M. O'Connor
_____
David M. O'Connor

4