# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bay State Heritage, LLC <br>         Plaintiff(s), <br><br> v. <br><br> AmGuard Ins. Co. <br>         Defendant(s). | **CIVIL ACTION** <br> **NO. 4:21-cv-40070-DHH** |

### ORDER OF DISMISSAL

June 28, 2023

Hennessy, M.J.

    The Court having been advised on   June 27, 2023  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days from the date of this order if settlement is not consummated.

                                                           / s / David H. Hennessy <br>
                                                           David H. Hennessy <br>
                                                           United States Magistrate Judge